In the Matter of the Claim of WILLIAM SCHOSEK, Respondent, against CERTAIN-TEED PRODUCTS CORPORATION, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted July 16, 1948; decided July 16, 1948.

*Clyde M. Williams* and *Merrill G. Windelberg* for motion.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Daniel Polansky* of counsel), for Workmen's Compensation Board, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21. (subd. [b]) of Rules of the Court of Appeals are filed.